IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 11-26115-JAD |
| | ) | |
| DAVID A. BERTUS, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## CREDITOR BEACON HILL TOWNHOUSE CONDOMINIUMS'S RESPONSE TO MOTION TO DETERMINE THAT ALL ARREARS HAVE BEEN CURED AND THAT DEBTOR IS FULLY CURRENT IN REGARD TO OBLIGATIONS OWED

AND NOW, comes Creditor, Beacon Hill Townhouse Condominiums, by and through its attorneys, Bradley S. Dornish, Esq., Andrew J. Bosh, Esq., and Dornish Law Offices, P.C., and files this Response to Debtor's Motion to Determine That All Arrears Have Been Cured and That Debtor Is Fully Current in Regard to Obligations owed, averring in support thereof as follows:

1. The averments of Paragraph 1 of Debtor's Motion are admitted.

2. The averments of Paragraph 2 of Debtor's Motion are admitted in part and denied in part. It is admitted that payment of Creditor's initial claim has been made. It is specifically denied that payments of all continuing monthly assessments have been made. Attached hereto as Exhibit "A" is a true and correct copy of Creditor's Statement of Account for Debtor, which lists a current balance of $14,782.60.

3. The averments of Paragraph 3 of Debtor's Motion are admitted in part and denied in part. It is admitted that payments made by the Debtor included payments toward a cure of arrears. It is specifically denied that payments of all continuing monthly assessments have been

made during the term of the Plan. Creditor's Statement of Account for Debtor indicates that $14,782.60 in continuing fees is owed.

4. The averments of Paragraph 4 of Debtor's Motion are specifically denied. Creditor still owes $14,782.60 to Creditor.

5. The averments of Paragraph 5 of Debtor's Motion are neither admitted nor denied. The record speaks for itself.

6. The averments of Paragraph 6 of Debtor's Motion constitute a request for relief to which no response is required and is, therefore, deemed denied.

WHEREFORE, Creditor, Beacon Hill Townhouse Condominiums, respectfully requests that this Honorable Court deny Debtor's Motion to Determine That All Arrears Have Been Cured and That Debtor Is Fully Current in Regard to Obligations.

Respectfully Submitted,

*Andrew J. Bosh* (signature)

Andrew J. Bosh, Esquire
PA I.D. No. 307515
Dornish Law Offices, P.C.
1207 Fifth Avenue, Suite 300
Pittsburgh, PA 15219
412-765-2726
abosh@dornish.net
*Attorney for Creditor Beacon Hill Townhouse Condominiums*

**Beacon Hill Townhouse Condos**
c/o Rj Community Mgt.
20475 Route 19, #4
Cranberry Township, PA 16066

**Statement of Account**
as of 12/6/2016
412-527-8557
bill@rjcmgt.com
Pay online at www.aafin.com.

**David A. Bertus**
**7313 Beacon Hill Drive**
**Pittsburgh PA  15221**

7313 Beacon Hill Drive
Account #:     7313
Lot/Unit #:    N/A
Due Date:      12/06/2016
**Amount Due:  $14,782.60**

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 07/31/2016 | Balance Forward | | | $14,080.60 |
| 08/01/2016 | ASSESSMENT | $190.00 | | $14,270.60 |
| 08/11/2016 | Late Fees | $25.00 | | $14,295.60 |
| 08/30/2016 | Payment Rec'd  1008399 | | $190.00 | $14,105.60 |
| 09/01/2016 | ASSESSMENT | $190.00 | | $14,295.60 |
| 09/11/2016 | Late Fees | $25.00 | | $14,320.60 |
| 09/29/2016 | Payment Rec'd  1012430 | | $190.00 | $14,130.60 |
| 10/01/2016 | ASSESSMENT | $190.00 | | $14,320.60 |
| 10/11/2016 | Late Fees | $25.00 | | $14,345.60 |
| 10/31/2016 | Payment Rec'd  1016348 | | $190.00 | $14,155.60 |
| 11/01/2016 | ASSESSMENT | $190.00 | | $14,345.60 |
| 11/11/2016 | Late Fees | $25.00 | | $14,370.60 |
| 11/22/2016 | Legal Fees | $222.00 | | $14,592.60 |
| 12/01/2016 | ASSESSMENT | $190.00 | | $14,782.60 |

**Current Balance:** $14,782.60

| Balance Breakdown | Balance |
|---|---|
| Balance Forward | 13,865.60 |
| ASSESSMENT | 570.00 |
| Late Fees | 125.00 |
| Legal Fees | 222.00 |
| Total | 14,782.60 |

DATE: 3/02/16 TIME: 3:18 PM          **Beacon Hill Townhouse Condominium Assn.**          Page: 1

FINANCIAL TRANSACTIONS - 03/02/16

7313 BEACON HILL DR
DAVID A. BERTUS
Unit ID: 7313
STATUS: 07 - Bankruptcy
START DATE: 02/01/16   PREPAID BAL:   0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 020116 |  | APPLY CHARGES |  | A1 |  | ASSESSMENT | 190.00 | 14670.67 |
| 020216 | 729.60 | 975515 | 020216 | 05 |  | Attorney Fees | (729.60) | 13941.07 |
| 022216 |  | EXPENSE ADJ |  | 05 |  | Attorney Fees | 1207.50 | 15148.57 |
| 022916 | 1547.97 | 979525 | 022916 | 05 |  | Attorney Fees | (1547.97) | 13600.60 |
| 030116 |  | APPLY CHARGES |  | A1 |  | ASSESSMENT | 190.00 | 13790.60 |

| DATE: 1/12/16 TIME: 8:22 AM | | Beacon Hill Townhouse Condominium Assn. | | | | Page: 4 |
|---|---|---|---|---|---|---|

**FINANCIAL TRANSACTIONS - 01/12/16**

7313 BEACON HILL DR
DAVID A. BERTUS
Unit ID: 7313
STATUS: 07 - Bankruptcy
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 030115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10253.30 |
| 033015 | 165.00 | 935047 | 033015 | 05 | | Attorney Fees | (165.00) | 10088.30 |
| 040115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10273.30 |
| 041615 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 10298.30 |
| 041615 | | EXPENSE ADJ | | 01 | | Late Fees | (25.00) | 10273.30 |
| 042015 | | EXPENSE ADJ | | 05 | | Attorney Fees | 122.50 | 10395.80 |
| 042715 | 165.00 | 939196 | 042715 | 05 | | Attorney Fees | (165.00) | 10230.80 |
| 050115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10415.80 |
| 052815 | 165.00 | 943362 | 052815 | 05 | | Attorney Fees | (165.00) | 10250.80 |
| 053115 | | EXPENSE ADJ | | 05 | | Attorney Fees | 210.00 | 10460.80 |
| 060115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10645.80 |
| 062515 | 165.00 | 947378 | 062515 | 05 | | Attorney Fees | (165.00) | 10480.80 |
| 070115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10665.80 |
| 073015 | 222.44 | 951335 | 073015 | 05 | | Attorney Fees | (222.44) | 10443.36 |
| 080115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10628.36 |
| 082515 | | EXPENSE ADJ | | 05 | | Attorney Fees | 525.00 | 11153.36 |
| 083115 | 165.00 | 955446 | 083115 | 05 | | Attorney Fees | (165.00) | 10988.36 |
| 090115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11173.36 |
| 092915 | 165.00 | 959435 | 092915 | 05 | | Attorney Fees | (165.00) | 11008.36 |
| 100115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11193.36 |
| 102815 | 165.00 | 963313 | 102815 | 05 | | Attorney Fees | (165.00) | 11028.36 |
| 110115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11213.36 |
| 113015 | 165.00 | 967423 | 113015 | 05 | | Attorney Fees | (165.00) | 11048.36 |
| 120115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11233.36 |
| 120815 | | EXPENSE ADJ | | 05 | | Attorney Fees | 35.00 | 11268.36 |
| 120815 | 07/28/2015 CASE REVIEWED BY MFD | | | | | | | |
| 122815 | 369.79 | 971530 | 122815 | 05 | | Attorney Fees | (369.79) | 10898.57 |
| 010116 | | APPLY CHARGES | | A1 | | ASSESSMENT | 190.00 | 11088.57 |

DATE: 1/12/16 TIME: 8:22 AM    **Beacon Hill Townhouse Condominium Assn.**    Page: 3

FINANCIAL TRANSACTIONS - 01/12/16

7313 BEACON HILL DR
DAVID A. BERTUS
Unit ID: 7313
STATUS: 07 - Bankruptcy
PREPAID BAL: 0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 070114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8649.15 |
| 072814 | 165.00 | 901871 | 072814 | A1 | | ASSESSMENT | (165.00) | 8484.15 |
| 080114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8669.15 |
| 082514 | | EXPENSE ADJ | | 12 | | Fines Levied | 50.00 | 8719.15 |
| 082514 | Pool Infraction | | | | | | | |
| 082814 | 165.00 | 905968 | 082814 | 12 | | Fines Levied | (50.00) | 8554.15 |
| 082814 | | | | A1 | | ASSESSMENT | (115.00) | |
| 090114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8739.15 |
| 091814 | | EXPENSE ADJ | | 05 | | Attorney Fees | 70.00 | 8809.15 |
| 093014 | 1161.67 | 910018 | 093014 | 05 | | Attorney Fees | (70.00) | 7647.48 |
| 093014 | | | | A1 | | ASSESSMENT | (1091.67) | |
| 100114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 7832.48 |
| 103114 | 435.59 | 914187 | 103114 | A1 | | ASSESSMENT | (435.59) | 7396.89 |
| 110414 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 7581.89 |
| 112014 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 7606.89 |
| 112414 | | EXPENSE ADJ | | 12 | | Fines Levied | 50.00 | 7656.89 |
| 112414 | Furnace inspecrion not done | | | | | | | |
| 112514 | 165.00 | 918215 | 112514 | 01 | | Late Fees | (25.00) | 7491.89 |
| 112514 | | | | 12 | | Fines Levied | (50.00) | |
| 112514 | | | | A1 | | ASSESSMENT | (90.00) | |
| 120114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 7676.89 |
| 120214 | | EXPENSE ADJ | | 05 | | Attorney Fees | 1592.50 | 9269.39 |
| 122614 | 165.00 | 922871 | 122614 | 05 | | Attorney Fees | (165.00) | 9104.39 |
| 123114 | | EXPENSE ADJ | | 05 | | Attorney Fees | 2124.00 | 11228.39 |
| 010115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11413.39 |
| 011515 | | EXPENSE ADJ | | 12 | | Fines Levied | 200.00 | 11613.39 |
| 012915 | 1565.09 | 926837 | 012915 | 12 | | Fines Levied | (200.00) | 10048.30 |
| 012915 | | | | 05 | | Attorney Fees | (1365.09) | |
| 020115 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10233.30 |
| 022615 | 165.00 | 931026 | 022615 | 05 | | Attorney Fees | (165.00) | 10068.30 |

DATE: 1/12/16 TIME: 8:22 AM            **Beacon Hill Townhouse Condominium Assn.**            Page: 2

FINANCIAL TRANSACTIONS - 01/12/16

7313 BEACON HILL DR
DAVID A. BERTUS
Unit ID: 7313
STATUS: 07 - Bankruptcy
PREPAID BAL: 0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 090113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10942.33 |
| 090313 | 439.86 | 856904S | 090313 | 01 | | Late Fees | (10.00) | 10502.47 |
| 090313 | | | | 05 | | Attorney Fees | (35.00) | |
| 090313 | | | | A1 | | ASSESSMENT | (394.86) | |
| 092513 | | EXPENSE ADJ | | 05 | | Attorney Fees | 35.00 | 10537.47 |
| 100113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10722.47 |
| 103013 | | EXPENSE ADJ | | 05 | | Attorney Fees | 122.50 | 10844.97 |
| 110113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11029.97 |
| 112513 | 1306.35 | 869262S | 112513 | 05 | | Attorney Fees | (157.50) | 9723.62 |
| 112513 | | | | A1 | | ASSESSMENT | (1148.85) | |
| 120113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 9908.62 |
| 121213 | | EXPENSE ADJ | | 05 | | Attorney Fees | 105.00 | 10013.62 |
| 122413 | | APPLY LATE FEE | | 01 | | Late Fees | 2.00 | 10015.62 |
| 122613 | 852.78 | 873277S | 122613 | 05 | | Attorney Fees | (105.00) | 9162.84 |
| 122613 | | | | A1 | | ASSESSMENT | (747.78) | |
| 010114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 9347.84 |
| 012914 | 438.87 | 877304 | 012914 | 01 | | Late Fees | (2.00) | 8908.97 |
| 012914 | | | | A1 | | ASSESSMENT | (436.87) | |
| 020114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 9093.97 |
| 022614 | 437.68 | 881486 | 022614 | A1 | | ASSESSMENT | (437.68) | 8656.29 |
| 030114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8841.29 |
| 032614 | 437.14 | 885515 | 032614 | A1 | | ASSESSMENT | (437.14) | 8404.15 |
| 040114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8589.15 |
| 042814 | 165.00 | 889568 | 042814 | A1 | | ASSESSMENT | (165.00) | 8424.15 |
| 050114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8609.15 |
| 053014 | 165.00 | 893707 | 053014 | A1 | | ASSESSMENT | (165.00) | 8444.15 |
| 060114 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 8629.15 |
| 062614 | 165.00 | 897770 | 062614 | A1 | | ASSESSMENT | (165.00) | 8464.15 |

DATE: 1/12/16 TIME: 8:22 AM  **Beacon Hill Townhouse Condominium Assn.**  Page: 1

FINANCIAL TRANSACTIONS - 01/12/16

7313 BEACON HILL DR
DAVID A. BERTUS
Unit ID: 7313
STATUS: 07 - Bankruptcy
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 123112 | | INIT LIAB BAL | | A1 | | ASSESSMENT | 11353.86 | 11353.86 |
| 010113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11538.86 |
| 020113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11723.86 |
| 020613 | 409.82 | 827736S | 020613 | A1 | | ASSESSMENT | (409.82) | 11314.04 |
| 022813 | 446.74 | 832038S | 022813 | A1 | | ASSESSMENT | (446.74) | 10867.30 |
| 030113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11052.30 |
| 031513 | | EXPENSE ADJ | | 05 | | Attorney Fees | 437.50 | 11489.80 |
| 031913 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 11499.80 |
| 032813 | 446.31 | 836186S | 032813 | 01 | | Late Fees | (10.00) | 11053.49 |
| 032813 | | | | 05 | | Attorney Fees | (436.31) | |
| 040113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11238.49 |
| 041813 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 11248.49 |
| 050113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11433.49 |
| 050713 | 445.87 | 840274S | 050713 | 01 | | Late Fees | (10.00) | 10987.62 |
| 050713 | | | | 05 | | Attorney Fees | (1.19) | |
| 050713 | | | | A1 | | ASSESSMENT | (434.68) | |
| 052113 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 10997.62 |
| 052913 | 445.44 | 844438S | 052913 | 01 | | Late Fees | (10.00) | 10552.18 |
| 052913 | | | | A1 | | ASSESSMENT | (435.44) | |
| 060113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10737.18 |
| 061313 | | EXPENSE ADJ | | 05 | | Attorney Fees | 35.00 | 10772.18 |
| 070113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 10957.18 |
| 071813 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 10967.18 |
| 080113 | | APPLY CHARGES | | A1 | | ASSESSMENT | 185.00 | 11152.18 |
| 080813 | 439.85 | 852732S | 080813 | 01 | | Late Fees | (10.00) | 10712.33 |
| 080813 | | | | 05 | | Attorney Fees | (35.00) | |
| 080813 | | | | A1 | | ASSESSMENT | (394.85) | |
| 081513 | | EXPENSE ADJ | | 05 | | Attorney Fees | 35.00 | 10747.33 |
| 082713 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 10757.33 |