**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-26115-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

David A. Bertus
7313 Beacon Hill Drive
Pittsburgh PA 15221

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/06/2016.

Name and Address of Alleged Transferor(s):

Claim No. 13: Residential Credit Solutions, Inc., P.O. Box 163229, Fort Worth, TX 76161-3229

Name and Address of Transferee:

Ditech Financial LLC f/k/a Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/09/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David A. Bertus
    Debtor

Case No. 11-26115-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 07, 2016
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.
14146493      Residential Credit Solutions, Inc.,   P.O. Box 163229,   Fort Worth, TX 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:
      Alexandra Teresa Garcia   on behalf of Creditor   Residential Credit Solutions, Inc. ecfmail@mwc-law.com
      Andrew J. Bosh   on behalf of Creditor   Beacon Hill Townhouse Condominiums abosh@dornish.net
      Joseph A. Dessoye   on behalf of Creditor   OCWEN LOAN SERVICING, LLC pawb@fedphe.com
      Kevin H. Buraks   on behalf of Creditor   Wilkinsburg School District kburaks@portnoffonline.com
      Leslie J. Rase, Esq.   on behalf of Creditor   OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
      Matthew Gregory Brushwood   on behalf of Creditor   Ocwen Loan Servicing, LLC pawb@fedphe.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Robert O Lampl   on behalf of Debtor David A. Bertus rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein   on behalf of Creditor   OneWest Bank, FSB sbraunstein@udren.com, vbarber@udren.com
     TOTAL: 11