IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DAVID A. BERTUS, | : Bankruptcy No. 11-26115-JAD |
| Debtor. | : |
| | : Chapter 13 |
| BEACON HILL TOWNHOUSE CONDOMINIUMS, | : |
| Movant, | : |
| vs. | : |
| DAVID A. BERTUS, | : |
| Debtor/Respondent. | : |

### PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Creditor Beacon Hill Beacon Hill Townhouse Condominiums's Response to Motion to Determine That All Arrears Have Been Cured and That Debtor Is Fully Current in Regard to Obligations Owed, which was filed with the Court on December 8, 2016.

Respectfully Submitted,

*[signature]*

Andrew J. Bosh, Esquire
PA I.D. No. 307515
Dornish Law Offices, P.C.
1207 Fifth Avenue, Suite 300
Pittsburgh, PA  15219
412-765-2726
abosh@dornish.net
*Attorney for Creditor Beacon Hill Townhouse Condominiums*