UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | DAVID A. BERTUS |
| **Case Number:** | 11-26115-JAD     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 11, 2017 11:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Debtor's Motion To Determine That All Arrears Have Been Cured And That Debtor Is Fully Current In Regard To Obligations Owed To Beacon Hill Townhoiuse Condominiums
- Response filed 12/8/2016 at Dic, # 214 by Beacon Hill Townhouse Condominiums  [Due 12/8/2016]

**R / M #:**  200 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  ROBERT O LAMPL, ESQUIRE  / JOHN P. LACHER, ESQUIRE
CREDITOR:  BRADLEY S. DORNISH, ESQUIRE / ANDREW J. BOSH, ESQUIRE for BEACON HILL TOWNHOUSE CONDOMINIUMS

## *Proceedings:*

    ✓    Motion is GRANTED  /  DENIED
_____    Special Type Of Order: _____
_____    CONTINUE MATTER:
        _____ For At Least _____ Days (Court To Issue Scheduling Order)
        _____ To Hearing Date Of _____ at _____ AM/PM at _____
        _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
        _____ Evidentiary Hearing On Value And Cram-Down Interest
        _____ Complex / Pretrial Order -  NONJURY   /   JURY
        _____ Simple / Pretrial Order - NONJURY   /   JURY
        _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 1/11/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy JudgeBRADL

FILED
1/11/17 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA