UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** DAVID A. BERTUS
**Case Number:** 11-26115-JAD          **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JANUARY 11, 2017  11:00 AM  COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Debtor's Motion To Determine That All Arrears Have Been Cured And That Debtor Is Fully Current On Obligations Owed To Residential Credit Solutions, Inc., Including Any Asserted Claim For An Escrow Deficiency - No Response Filed  [Due 12/8/2016]
R / M #:  201 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  ROBERT O LAMPL, ESQUIRE  /  JOHN P. LACHER, ESQUIRE
CREDITOR:  ALEXANDRA T. GARCIA, ESQUIRE for RESIDENTIAL CREDIT SOLUTIONS, INC.

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
       ✓ For At Least  60  Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at _____
       _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 60 Days**

FILED
1/11/17 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge