# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DAVID A. BERTUS |
| **Case Number:** | 11-26115-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 11, 2017 11:00 AM    COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

### *Matter:*

Debtor's Motion To Determine Plan Completion
- Response filed 12/1/2016 at Doc. # 211 by Ronda J. Winnecour, Chapter 13 Trustee [Due 12/8/2016]
**R / M #:** 202 / 0

### *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR: ROBERT O LAMPL, ESQUIRE / JOHN P. LACHER, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for DITECH FINANCIAL

### *Proceedings:*

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
_____ For At Least __60__ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY / JURY
_____ Simple / Pretrial Order - NONJURY / JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

### - Continue Matter For At Least 60 Days

FILED
1/11/17 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge