IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID A. BERTUS,                                       Bankruptcy No. 11-26115-JAD

    Debtor.                                              Chapter 13

DAVID A. BERTUS,                                       Related To Doc. # 200

    Movant,                                              Hearing Date and Time:
                                                       January 11, 2017 at 11:00 a.m.
vs.

BEACON HILL TOWNHOUSE
CONDOMINIUMS,

    Respondent.

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Debtor has made all payments toward arrears and all current monthly payments due to Beacon Hill Townhouse Condominiums during the term of Debtor's Chapter 13 Plan and thus is fully current in regard to obligations owed to Beacon Hill Townhouse Condominiums.

It is further **ORDERED, ADJUDGED** and **DECREED** that, in light of the foregoing Beacon Hill Townhouse Condominiums shall mark its judgment against the Debtor in Case No. AR-10-002656 in the Court of Common Pleas of Allegheny County, Pennsylvania as satisfied.

Date: 1-11-2017

Jeffery A. Deller
Chief United States Bankruptcy Court Judge

FILED
1/11/17 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
David A. Bertus
John P. Lacher, Esquire
Andrew J. Bosh, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-26115-JAD
David A. Bertus                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                 Page 1 of 1              Date Rcvd: Jan 11, 2017
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db             #+David A. Bertus,    7313 Beacon Hill Drive,    Pittsburgh, PA 15221-2552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com
              Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
               vbarber@udren.com
                                                                                             TOTAL: 12