IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DAVID A. BERTUS, | : | Bankruptcy No. 11-26115-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____X | | |
| DAVID A. BERTUS, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Related To Doc. Nos. 201, 202 |
| | : | |
| RESIDENTIAL CREDIT SOLUTIONS, | : | |
| INC. and RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents. | : | |
| _____X | | |

## ORDER CONTINUING HEARINGS

**AND NOW**, this **11th** day of **January**, 2017, hearings having been held on January 11, 2017, on the **Motion To Determine That All Arrears Have Been Cured And That Debtor Is Fully Current On Obligations Owed To Residential Credit Solutions, Inc., Including Any Asserted Claim For An Escrow Deficiency** AND the **Motion To Determine Plan Completion** filed by **Debtor** at **Doc. Nos. 201 and 202, respectively**;

**IT IS HEREBY ORDERED** that the hearings on the above-referenced matters **ARE CONTINUED TO Wednesday, April 5, 2017**, at **10:00 AM** in Courtroom D, 54thFloor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
1/11/17 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 11-26115-JAD
David A. Bertus                                                   Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr                  Page 1 of 2                  Date Rcvd: Jan 11, 2017
                              Form ID: pdf900             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db            #+David A. Bertus,    7313 Beacon Hill Drive,    Pittsburgh, PA 15221-2552
cr             +Beacon Hill Townhouse Condominiums,    c/o Thomas H. Ayoob III & Associates, LL,
                 710 Fifth Avenue,   Suite 2000,    Pittsburgh, PA 15219-3004
cr              ECMC,   P.O. Box 16408,    St. Paul, MN   55116-0408
13194096       +B.D.L. & F.A.,    413 Smithfield Street,    Pittsburgh, PA 15222-2250
13194097        Bank of America,    PO Box 22048,    Greensboro, NC 27420
13214608       +Beacon Hill Tonhouse Condominiums,    c/o Thomas H. Ayoob III & Associates,
                 710 Fifth Ave Ste 2000,    Pittsburgh, PA 15219-3004
13214609       +Beacon Hill Townhouse Condominium,    c/o Thomas H. Ayoob III & Associates,
                 710 Fifth Ave Ste 2000,    Pittsburgh, PA 15219-3004
13194098       +Beacon Hill Townhouse Condominium Assoc.,     7237 Beacon Hill Drive,    Pittsburgh, PA 15221-2561
13244082       +Berkheimer Tax Administrator, Agent for,     Wilkinsburg Boro & Wilkinsburg Boro SD,
                 50 North Seventh Street,    Bangor, PA 18013-1731
13253462       +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13194099       +Borough of Wilkinsburg,    605 Ross Building,    Wilkinsburg, PA 15221-2198
13194105      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Exxon/Mobile,    Processing Center,    Des Moines, IA 50361)
13194100        Chrysler Financial,    125 N. Parkway Drive, Suite 302,    Colorado Springs, CO 80909
13194103       +Dominion Retail,    c/o CBCS,   PO Box 164059,    Columbus, OH 43216-4059
13253152       +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-2702
13194104        ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
13194106        Harry Rowlan,    5250 Lake Shore Drive, Suite 406,    Burlington, Ontario L7L5L2, Canada
13729145        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
14146493        Residential Credit Solutions, Inc.,    P.O. Box 163229,    Fort Worth, TX 76161-3229
13194109       +Sikora and Associates,    29225 Harper Avenue,    Saint Clair Shores, MI 48081-1248
13194110       +Tucker Arensberg,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
13194111        Verizon,   PO Box 3037,    Bloomington, IL 61702-3037
13194112       +Wilkinsburg School District,    718 Wallace Avenue,    Wilkinsburg, PA 15221-2299
13253461       +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2017 01:37:14      Ditech Financial LLC,
                 PO BOX 6154,   RAPID CITY, SD 57709-6154
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2017 01:40:48
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2017 01:40:24
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX   77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:29:34
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
13194095        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 12 2017 01:37:46       Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
13194102        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:25       CR Evergreen, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13210266        E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:29:24      Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13194101       +E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:29:24      Citibank Premier Card,
                 c/o Recovery Management Systems, Corp.,    25 SE 2nd Avenue, Ste 1120,    Miami, FL 33131-1605
14332978        E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2017 01:37:14
                 Ditech Financial LLC f/k/a Green Tree Servicing, LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13620359        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2017 01:40:24       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
13537025        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2017 01:40:24       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX   77210-4457
13194107       +E-mail/Text: EBN_Notifications@OWB.com Jan 12 2017 01:37:20      One West Bank, FSB,
                 888 E. Walnut Street,    Pasadena, CA 91101-1895
13301216       +E-mail/Text: EBN_Notifications@OWB.com Jan 12 2017 01:37:20      OneWest Bank, FSB,
                 2900 Esperanza Crossing,    Austin, TX 78758-3658
13290695       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:25
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13249606        E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:29:35      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13200762        E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:29:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0315-2           User: gamr                  Page 2 of 2                  Date Rcvd: Jan 11, 2017
                               Form ID: pdf900             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13194108       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:25      Sears,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC fka Green Tree Servicing LLC
cr             Duquesne Light Company
cr             Ocwen Loan Servicing, LLC
cr             OneWest Bank, FSB
cr             Residential Credit Solutions, Inc.
cr*           +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                 WEST PALM BEACH, FL 33416-4605
cr*           +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13537113*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13537114*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13282746*      VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
                                                                                    TOTALS: 5, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com
              Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
               vbarber@udren.com
                                                                                              TOTAL: 12
```