# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**DAVID A. BERTUS,**   Bankruptcy No. 11-26115-JAD

**Debtor.**   Chapter 13

Document No.

Related to Doc. No. 228, 229

Hearing Date and Time:
April 5, 2017 at 10:00 a.m.

## CERTIFICATE OF SERVICE

Robert O Lampl, hereby certify that on the 20th day of January, 2017, a true and correct copy of the **ORDER OF COURT** was served upon the following *(via First-Class U.S. Mail):*

Residential Credit Solutions, Inc.
P.O. Box 163229
Fort Worth, TX 76161-3229

Alexandra Teresa Garcia
McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Philadelphia, PA 19106

Ditech Financial LLC
f/k/a Green Tree Servicing
P.O. Box 6154
Rapid City, SD 57709-6154

James Warmbrodt
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Office of the Chapter 13 Trustee
USX Tower, Ste. 3250
600 Grant Street
Pittsburgh, PA 15219

Date: <u>January 20, 2017</u>              <u>*/s/ Robert O Lampl*</u>
                                                                     ROBERT O LAMPL
                                                                     PA I.D. #19809
                                                                     JOHN P. LACHER
                                                                     PA I.D. #62297
                                                                     DAVID L. FUCHS
                                                                     PA I.D. #205694
                                                                     Counsel for the Debtor
                                                                     960 Penn Avenue, Suite 1200
                                                                     Pittsburgh, PA  15222
                                                                     (412) 392-0330 (phone)
                                                                     (412) 392-0335 (facsimile)
                                                                     Email: rlampl@lampllaw.com