IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>David A. Bertus<br>     Debtor<br><br>David A. Bertus,<br>     Movant<br>vs.<br><br>Rushmore Loan Management Services LLC, successor to Residential Credit Solutions, Inc., and Ditech Financial LLC, f/k/a Green Tree Servicing LLC,<br>     Respondent | NO. 11-26115-JAD<br><br>CHAPTER 13<br><br>Doc. No. 237<br><br>Related to Documents 201, 212, 216, 219, 223, 225, 228, 229 |

**STIPULATION AND ORDER AS TO DEBTOR'S MOTION TO DETERMINE THAT ALL ARREARS HAVE BEEN CURED AND THAT DEBTOR IS FULLY CURRENT ON OBLIGATIONS OWED TO RESIDENTIAL CREDIT SOLUTIONS, INC., INCLUDING ANY ASSERTED CLAIM FOR AN ESCROW DEFICIENCY**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor has filed a motion seeking a determination that all prepetition mortgage obligations have been cured, as well as a determination of the amount of his post-petition mortgage payment (doc. 201);

WHEREAS, the Respondents are the present and former servicers of the mortgage obligation on Debtor's property located at 7313 Beacon Hill Road, Pittsburgh, PA 15221;

WHEREAS, On January 16, 2017, the obligation was service transferred from Ditech Financial LLC to Rushmore Loan Management Services LLC, which is the present servicer of the mortgage;

WHEREAS, the mortgage is presently held by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust;

WHEREAS, the proof of claim filed on February 20, 2012 in connection with this obligation (13-1) did not include $20,427.25 in prepetition escrow advances in the claim for prepetition arrears;

WHEREAS, the monthly post-petition mortgage payment of $449.54 indicated in the proof of claim and paid during the course of Debtor's Chapter 13 case represented principal and interest, only, and did not include an escrow payment;

WHEREAS, notices of mortgage payment change filed on November 10, 2012 and on August 19, 2013 were disallowed by the Court;

WHEREAS, the notice of mortgage payment change filed October 28, 2014, increasing the amount of the mortgage payment to $642.43 effective December 1, 2014 (doc. 117), was not objected to and was therefore allowed by the Court by order entered October 29, 2014 (doc. 119), but was never implemented;

WHEREAS, the prepetition arrears asserted in the proof of claim in the amount of $22,599.00 have been paid in full;

WHEREAS, the Chapter 13 Trustee's records reflect that the post-petition mortgage obligation is current through June 2016;

WHEREAS, as of February 22, 2017, the Chapter 13 Trustee was holding funds in the amount of $30,082.51 from payments made by the Debtor into his Chapter 13 plan;

WHEREAS, the parties wish to resolve their disputes and differences regarding any amounts owed on this obligation.

It is therefore Stipulated and agreed as follows:

1. The mortgage holder shall write off the sum of $36,365.84 to bring the mortgage obligation current through June 2016.

2. The mortgage holder will waive all claims to funds held by the Chapter 13 Trustee for prepetition escrow advances and for post-petition escrow advances through November 2014.

3. The mortgage holder shall be paid the total sum of $12,115.21 from funds being held by the Chapter 13 Trustee, as follows:

    a. $3,664.91 representing the escrow payment of $192.89 for the months of December 2014 through June 16, 2016 that the mortgage holder was to have received pursuant to the notice of mortgage payment change filed October 28, 2014;

    b. $5,781.87 representing loan payments of $642.43 for the months of July 2016 through March 2017;

    c. $2,668.43 representing escrow advances from July 2016 through March 2017 (school tax of $2,363.89 paid August 5, 2016; county tax of $304.54 paid February 13, 2017).

4. The payment described in Paragraph 3 shall be made payable to "Rushmore Loan Management Services LLC" and mailed to: Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708.

5. Upon receipt of the payment from the Chapter 13 Trustee described in paragraph 3, above, the Debtor's mortgage obligation shall be considered current through March 2017, and the mortgage holder's records shall be adjusted accordingly.

6. Upon applying the funds received from the Chapter 13 Trustee, Rushmore Loan Management Services LLC shall perform an escrow analysis and shall provide notice to the Debtor within 15 days of any change in the mortgage payment.

Consented to by:

*/s/ John P. Lacher, Esquire*                                             */s/ James C. Warmbrodt, Esquire*
John P. Lacher, Esquire                                                    James C. Warmbrodt, Esquire

| | |
|---|---|
| PA I.D. 62297 | PA I.D. 42524 |
| Attorney for Debtor | Attorney for Respondents |
| 960 Penn Avenue | KML Law Group, P.C. |
| Suite 1200 | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15222 | Philadelphia, PA 19106 |
| Phone: 412-392-0330 | Phone: 215-627-1322 |
| Fax: 412-392-0335 | Fax: 215-627-7734 |
| jlacher@lampllaw.com | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____  3.28.2017
Jeffery A. Deller
Chief U.S. Bankruptcy Judge


FILED
3/29/17 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David A. Bertus
    Debtor

Case No. 11-26115-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Mar 29, 2017
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db             #+David A. Bertus,    7313 Beacon Hill Drive,    Pittsburgh, PA 15221-2552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com
      Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
      James Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com
      Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
      Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
      Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
      Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com, vbarber@udren.com
                                                                                                                                                                                TOTAL: 13