UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | | | |
|---|---|---|---|
| Debtor: | DAVID A. BERTUS | | |
| Case Number: | 11-26115-JAD | Chapter: | 13 |
| Date / Time / Room: | WEDNESDAY, APRIL 05, 2017 10:00 AM   COURTROOM D | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | MARY SCHUETZ | | |
| Reporter / ECR: | N/A | | |

## Matter:

Continued - Debtor's Motion To Determine Plan Completion
- Response filed 12/1/2016 at Doc. # 211 by Ronda J. Winnecour, Chapter 13 Trustee [Due 12/8/2016]
- Hearing Held 1/11/2017 - Continued To 4/5/2017
R / M #:  202 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  ROBERT O LAMPL, ESQUIRE / JOHN P. LACHER, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for DITECH FINANCIAL

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
_✓_ CONTINUE MATTER:
        _✓_ For At Least __30__ Days (Court To Issue Scheduling Order)
        ___ To Hearing Date Of _____ at _____ AM/PM at _____
        ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
        ___ Evidentiary Hearing On Value And Cram-Down Interest
        ___ Complex / Pretrial Order -  NONJURY  /  JURY
        ___ Simple / Pretrial Order - NONJURY  /  JURY
        ___ Parties To Undertake Discovery - Discovery Period:  _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 30 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/6/17 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA