2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-26115-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

David A. Bertus
7313 Beacon Hill Drive
Pittsburgh PA 15221

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/20/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Ditech Financial LLC f/k/a Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | Wilmington Savings Fund Society, FSB c/o Rushmore Loan Management Services 15480 Laguna Canyon Road, Suite 100, Irv |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/22/17    Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David A. Bertus
    Debtor

Case No. 11-26115-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 20, 2017
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14332978       E-mail/Text: bankruptcy.bnc@ditech.com Apr 21 2017 01:10:48
         Ditech Financial LLC f/k/a Green Tree Servicing,   LLC,    P.O. Box 6154,
         Rapid City, South Dakota 57709-6154
                                                                                                                                       TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
          ecfmail@mwc-law.com
         Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
         James   Warmbrodt     on behalf of Creditor    Rushmore Loan Management Services LLC
          bkgroup@kmllawgroup.com
         James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          bkgroup@kmllawgroup.com
         Joseph A. Dessoye     on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
         Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
         Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
         Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com,
          jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
          com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
          vbarber@udren.com
                                                                                                                               TOTAL: 13