# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DAVID A. BERTUS |
| Case Number: | 11-26115-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MAY 31, 2017  10:00 AM  COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Continued - Debtor's Motion To Determine Plan Completion
- Response filed 12/1/2016 at Doc. # 211 by Ronda J. Winnecour, Chapter 13 Trustee [Due 12/8/2016]
- Hearing Held 1/11/2017 - Continued To 4/5/2017
- Hearing Held 4/5/2017 - Continued To 5/31/2017
- Motion For Discharge Of Debtor And Approval Of Trustee's Report Of Receipts And Disbursements filed
  by Trustee Winnecour 5/26/2017 and Scheduled for 6/28/2017
R / M #:  202 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR: ROBERT O LAMPL, ESQUIRE / JOHN P. LACHER, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for DITECH FINANCIAL

## Proceedings:

____ Motion is GRANTED  / (DENIED) — moot
____ Special Type Of Order:
____ CONTINUE MATTER:
       ____ For At Least ____ Days (Court To Issue Scheduling Order)
       ____ To Hearing Date Of _____ at ____ AM/PM at _____
       ____ To Conciliation Conference For _____ at ____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
       ____ Evidentiary Hearing On Value And Cram-Down Interest
       ____ Complex / Pretrial Order - NONJURY / JURY
       ____ Simple / Pretrial Order - NONJURY / JURY
       ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order Entered 5/31/2017 Denying Motion As Moot**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
6/1/17 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA