**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David A. Bertus**
Debtor(s)

Bankruptcy Case No.: 11−26115−JAD
Doc. No. 246
Chapter: 13
Docket No.: 247 − 246

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 30th day of May, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/19/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/19/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 11-26115-JAD
David A. Bertus                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2              Date Rcvd: May 30, 2017
                              Form ID: 408            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db          #+David A. Bertus,    7313 Beacon Hill Drive,   Pittsburgh, PA 15221-2552
cr           +Beacon Hill Townhouse Condominiums,    c/o Thomas H. Ayoob III & Associates, LL,
               710 Fifth Avenue,   Suite 2000,   Pittsburgh, PA 15219-3004
cr            ECMC,    P.O. Box 16408,   St. Paul, MN  55116-0408
13194096    +B.D.L. & F.A.,    413 Smithfield Street,   Pittsburgh, PA 15222-2250
13194097     Bank of America,    PO Box 22048,   Greensboro, NC 27420
13214608    +Beacon Hill Tonhouse Condominiums,    c/o Thomas H. Ayoob III & Associates,
               710 Fifth Ave Ste 2000,   Pittsburgh, PA 15219-3004
13214609    +Beacon Hill Townhouse Condominium,    c/o Thomas H. Ayoob III & Associates,
               710 Fifth Ave Ste 2000,   Pittsburgh, PA 15219-3004
13194098    +Beacon Hill Townhouse Condominium Assoc.,    7237 Beacon Hill Drive,   Pittsburgh, PA 15221-2561
13244082    +Berkheimer Tax Administrator, Agent for,    Wilkinsburg Boro & Wilkinsburg Boro SD,
               50 North Seventh Street,   Bangor, PA 18013-1731
13194099    +Borough of Wilkinsburg,    605 Ross Building,   Wilkinsburg, PA 15221-2198
13253462    +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13194105    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Exxon/Mobile,    Processing Center,   Des Moines, IA 50361)
13194100     Chrysler Financial,    125 N. Parkway Drive, Suite 302,   Colorado Springs, CO 80909
13194103    +Dominion Retail,    c/o CBCS,   PO Box 164059,   Columbus, OH 43216-4059
13253152    +Duquesne Light Company,    c/o Bernstein Law Firm,   600 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-2702
13194104     ECMC,    PO Box 16408,   Saint Paul, MN 55116-0408
13194106     Harry Rowlan,    5250 Lake Shore Drive, Suite 406,   Burlington, Ontario L7L5L2, Canada
13729145     Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,   P.O. BOX 24605,
               West Palm Beach, FL 33416-4605
14146493     Residential Credit Solutions, Inc.,    P.O. Box 163229,   Fort Worth, TX 76161-3229
13194109    +Sikora and Associates,    29225 Harper Avenue,   Saint Clair Shores, MI 48081-1248
13194110    +Tucker Arensberg,    1500 One PPG Place,   Pittsburgh, PA 15222-5413
13194111     Verizon,    PO Box 3037,   Bloomington, IL 61702-3037
13194112    +Wilkinsburg School District,    718 Wallace Avenue,   Wilkinsburg, PA 15221-2299
13253461    +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcy.bnc@ditech.com May 31 2017 00:44:38     Ditech Financial LLC,
               PO BOX 6154,   RAPID CITY, SD 57709-6154
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:50
               Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:55:11
               Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr            E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:52
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13194095      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 31 2017 00:45:04     Asset Acceptance LLC,
               PO Box 2036,   Warren, MI 48090-2036
13194102      E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:48:54     CR Evergreen, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13210266      E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:49:06     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13194101     +E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:39     Citibank Premier Card,
               c/o Recovery Management Systems, Corp.,   25 SE 2nd Avenue, Ste 1120,   Miami, FL 33131-1605
14332978      E-mail/Text: bankruptcy.bnc@ditech.com May 31 2017 00:44:38
               Ditech Financial LLC f/k/a Green Tree Servicing, LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
13620359      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:50     Midland Funding LLC,
               by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
13537025      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:50     Midland Funding LLC,
               by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13194107     +E-mail/Text: EBN_Notifications@OWB.com May 31 2017 00:44:51     One West Bank, FSB,
               888 E. Walnut Street,   Pasadena, CA 91101-1895
13301216     +E-mail/Text: EBN_Notifications@OWB.com May 31 2017 00:44:51     OneWest Bank, FSB,
               2900 Esperanza Crossing,   Austin, TX 78758-3658
13290695     +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:49:08
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13249606      E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:52     Portfolio Investments I LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13200762      E-mail/PDF: rmscedi@recoverycorp.com May 31 2017 00:48:39
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605

```
District/off: 0315-2            User: msch                  Page 2 of 2                  Date Rcvd: May 30, 2017
                                Form ID: 408                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13194108       +E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 00:49:08      Sears,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC fka Green Tree Servicing LLC
cr             Duquesne Light Company
cr             Ocwen Loan Servicing, LLC
cr             OneWest Bank, FSB
cr             Residential Credit Solutions, Inc.
cr             Rushmore Loan Management Services LLC
14406730       Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,
                 15480 Laguna Canyon Road, Suite 100, Irv
cr*           +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                 WEST PALM BEACH, FL 33416-4605
cr*           +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13537113*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13537114*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13282746*      VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
                                                                                         TOTALS: 7, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com
              Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services LLC
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
               vbarber@udren.com
                                                                                             TOTAL: 13
```