IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID A. BERTUS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 11-26115 JAD<br><br>Chapter 13<br><br>Related To Doc. No. 246 |

ORDER OF COURT

**AND NOW**, this 20th day of June, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/20/17 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                           Case No. 11-26115-JAD
David A. Bertus                                                  Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr              Page 1 of 2          Date Rcvd: Jun 20, 2017
                              Form ID: pdf900         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db             #+David A. Bertus,    7313 Beacon Hill Drive,    Pittsburgh, PA 15221-2552
cr              +Beacon Hill Townhouse Condominiums,    c/o Thomas H. Ayoob III & Associates, LL,
                  710 Fifth Avenue,    Suite 2000,    Pittsburgh, PA 15219-3004
cr               ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13194096       +B.D.L. & F.A.,    413 Smithfield Street,    Pittsburgh, PA 15222-2250
13194097        Bank of America,    PO Box 22048,    Greensboro, NC 27420
13214608       +Beacon Hill Tonhouse Condominiums,    c/o Thomas H. Ayoob III & Associates,
                  710 Fifth Ave Ste 2000,    Pittsburgh, PA 15219-3004
13214609       +Beacon Hill Townhouse Condominium,    c/o Thomas H. Ayoob III & Associates,
                  710 Fifth Ave Ste 2000,    Pittsburgh, PA 15219-3004
13194098       +Beacon Hill Townhouse Condominium Assoc.,    7237 Beacon Hill Drive,    Pittsburgh, PA 15221-2561
13244082       +Berkheimer Tax Administrator, Agent for,    Wilkinsburg Boro & Wilkinsburg Boro SD,
                  50 North Seventh Street,    Bangor, PA 18013-1731
13194099       +Borough of Wilkinsburg,    605 Ross Building,    Wilkinsburg, PA 15221-2198
13253462       +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13194105       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Exxon/Mobile,    Processing Center,    Des Moines, IA 50361)
13194100        Chrysler Financial,    125 N. Parkway Drive, Suite 302,    Colorado Springs, CO 80909
13194103       +Dominion Retail,    c/o CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13253152       +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-2702
13194104        ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
13194106        Harry Rowlan,    5250 Lake Shore Drive, Suite 406,    Burlington, Ontario L7L5L2, Canada
13729145        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                  West Palm Beach, FL 33416-4605
14146493        Residential Credit Solutions, Inc.,    P.O. Box 163229,    Fort Worth, TX 76161-3229
13194109       +Sikora and Associates,    29225 Harper Avenue,    Saint Clair Shores, MI 48081-1248
13194110       +Tucker Arensberg,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
13194111        Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
13194112       +Wilkinsburg School District,    718 Wallace Avenue,    Wilkinsburg, PA 15221-2299
13253461       +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bankruptcy.bnc@ditech.com Jun 21 2017 00:54:17     Ditech Financial LLC,
                  PO BOX 6154,    RAPID CITY, SD 57709-6154
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 01:05:05
                  Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 01:04:49
                  Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr               E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2017 00:57:42
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL 33131-1605
13194095         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 21 2017 00:54:34     Asset Acceptance LLC,
                  PO Box 2036,    Warren, MI 48090-2036
13194102         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2017 00:57:31     CR Evergreen, LLC,
                  MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13210266         E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2017 00:57:30     Capital Recovery IV LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13194101        +E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2017 00:57:30     Citibank Premier Card,
                  c/o Recovery Management Systems, Corp.,    25 SE 2nd Avenue, Ste 1120,    Miami, FL 33131-1605
14332978         E-mail/Text: bankruptcy.bnc@ditech.com Jun 21 2017 00:54:17
                  Ditech Financial LLC f/k/a Green Tree Servicing, LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
13620359         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 01:05:05     Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
13537025         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 01:04:49     Midland Funding LLC,
                  by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13194107        +E-mail/Text: EBN_Notifications@OWB.com Jun 21 2017 00:54:22     One West Bank, FSB,
                  888 E. Walnut Street,    Pasadena, CA 91101-1895
13301216        +E-mail/Text: EBN_Notifications@OWB.com Jun 21 2017 00:54:23     OneWest Bank, FSB,
                  2900 Esperanza Crossing,    Austin, TX 78758-3658
13290695        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2017 00:57:43
                  PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                  c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13249606         E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2017 00:57:30     Portfolio Investments I LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13200762         E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2017 00:57:55
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
```

```
District/off: 0315-2                  User: gamr                    Page 2 of 2                    Date Rcvd: Jun 20, 2017
                                      Form ID: pdf900               Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13194108       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2017 00:57:31      Sears,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr              Duquesne Light Company
cr              Ocwen Loan Servicing, LLC
cr              OneWest Bank, FSB
cr              Residential Credit Solutions, Inc.
cr              Rushmore Loan Management Services LLC
14406730        Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,
                 15480 Laguna Canyon Road, Suite 100, Irv
cr*            +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                 WEST PALM BEACH, FL 33416-4605
cr*            +Wilkinsburg School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13537113*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13537114*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13282746*       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
                                                                                  TOTALS: 7, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com
              Andrew J. Bosh    on behalf of Creditor    Beacon Hill Townhouse Condominiums abosh@dornish.net
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Rushmore Loan Management Services LLC
               bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Kevin H. Buraks    on behalf of Creditor    Wilkinsburg School District kburaks@portnoffonline.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Gregory Brushwood    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert O Lampl    on behalf of Debtor David A. Bertus rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    OneWest Bank, FSB sbraunstein@udren.com,
               vbarber@udren.com
                                                                                              TOTAL: 13
```