**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DAVID A. BERTUS |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-26115JAD |

# Form 4100N
# Notice of Final Cure Payment                                        10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY FSB

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 9 8

**Property Address:** 7313 BEACON HILL DR
PITTSBURGH PA 15221

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                           **Amount**

| | | | |
|---|---|---|---:|
| a. | Allowed prepetition arrearage: | (a) $ | 22,599.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 22,599.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 22,599.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                           $   $642.43

The next postpetition payment is due on     4 / 1 / 2017
                                             MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                            **Notice of Final Cure Payment**                        page 1

| Debtor 1 | **DAVID A. BERTUS** | Case number *(if known)* | **11-26115JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour           Date  07/05/2017
  Signature

| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | DAVID A. BERTUS | | Case number *(if known)* | 11-26115JAD |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/24/2012 | 0791971 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,737.95 |
| 06/27/2012 | 0800760 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 2,104.92 |
| 09/25/2012 | 0813347 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,742.81 |
| 01/29/2013 | 0829849 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 459.77 |
| 02/25/2013 | 0833989 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 600.70 |
| 03/26/2013 | 0838131 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 599.77 |
| 04/24/2013 | 0842253 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 598.84 |
| 05/23/2013 | 0846369 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 597.92 |
| 07/25/2013 | 0854745 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 234.21 |
| 08/27/2013 | 0858893 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 586.03 |
| 09/26/2013 | 0863021 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 585.09 |
| 10/25/2013 | 0867107 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 574.61 |
| 11/22/2013 | 0871186 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 570.16 |
| 12/23/2013 | 0875218 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,466.40 |
| 01/28/2014 | 0879316 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 583.91 |
| 02/25/2014 | 0883378 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 581.38 |
| 03/25/2014 | 0887427 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 580.23 |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 2,124.97 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 576.91 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 2,985.11 |
| 07/28/2015 | 0953233 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 122.46 |
| 12/22/2015 | 0973793 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 436.64 |
| 01/26/2016 | 0977863 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 590.34 |
| 02/24/2016 | 0981775 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 1,557.87 |
| | | | | 22,599.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/24/2012 | 0791971 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 3,596.32 |
| 06/27/2012 | 0800760 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 899.08 |
| 09/25/2012 | 0813347 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,348.62 |
| 12/21/2012 | 0825610 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,269.11 |
| 01/29/2013 | 0829849 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 529.05 |
| 02/25/2013 | 0833989 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/26/2013 | 0838131 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/24/2013 | 0842253 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/23/2013 | 0846369 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/25/2013 | 0850543 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 22.74 |
| 07/25/2013 | 0854745 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 876.34 |
| 08/27/2013 | 0858893 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/26/2013 | 0863021 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/25/2013 | 0867107 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/22/2013 | 0871186 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/23/2013 | 0875218 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/28/2014 | 0879316 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/25/2014 | 0883378 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/25/2014 | 0887427 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/25/2014 | 0891568 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/28/2014 | 0895658 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/25/2014 | 0899698 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/24/2014 | 0903804 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2014 | 0907874 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/24/2014 | 0920142 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/22/2014 | 0924735 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/24/2015 | 0932854 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/26/2015 | 0936943 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/24/2015 | 0941124 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/26/2015 | 0945212 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/23/2015 | 0949165 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/28/2015 | 0953233 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2015 | 0957270 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |

| Debtor 1 | **DAVID A. BERTUS** | Case number *(if known)* | **11-26115JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 09/28/2015 | 0961188 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/26/2015 | 0965156 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/24/2015 | 0969326 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/22/2015 | 0973793 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/26/2016 | 0977863 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/24/2016 | 0981775 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/28/2016 | 0985831 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/22/2016 | 0990005 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/24/2016 | 0993976 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/27/2016 | 1002747 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/26/2016 | 1006692 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2016 | 1010712 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/13/2016 | 1002747 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 09/13/2016 | 1006692 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 09/16/2016 | 1010712 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 05/25/2017 | 1042051 | RUSHMORE LOAN MANAGEMENT SVCS LL | AMOUNTS DISBURSED TO CREDITOR | 12,115.21 |
| | | | | 37,738.99 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID A. BERTUS
7313 BEACON HILL DRIVE
PITTSBURGH, PA  15221

ROBERT O LAMPL ESQ
OFFICE OF ROBERT O LAMPL
960 PENN AVE STE 1200
PITTSBURGH, PA  15222

WILMINGTON SAVINGS FUND SOCIETY FSB DBA CHRISTIANA TRUST - TRUSTEE
C/O RUSHMORE LOAN MANAGEMENT SVCS LLC
PO BOX 514707
LOS ANGELES, CA  90051

WILMINGTON SAVINGS FUND SOCIETY FSB DBA CHRISTIANA TRUST - TRUSTEE
C/O RUSHMORE LOAN MANAGEMENT SVCS LLC
15480 LAGUNA CANYON RD STE 100
IRVINE, CA  92618

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


7/5/17                                                         /s/ Renee Ward
                                                               _____
                                                               Administrative Assistant
                                                               Office of the Chapter 13 Trustee

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | DAVID A. BERTUS |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-26115JAD |

# Form 4100N
## Notice of Final Cure Payment                                                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** RUSHMORE LOAN MANAGEMENT SVCS LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 9 8

**Property Address:** 7313 BEACON HILL DR
PITTSBURGH PA 15221

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                       Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 22,599.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 22,599.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 22,599.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

   Current monthly mortgage payment                                                                $ _____

   The next postpetition payment is due on ___/___/_____
                                           MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

Form 4100N                         **Notice of Final Cure Payment**                         page 1

| Debtor 1 | **DAVID A. BERTUS** | Case number *(if known)* | **11-26115JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour             Date  07/05/2017
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | DAVID A. BERTUS | | Case number *(if known)* | 11-26115JAD |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/24/2012 | 0791971 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,737.95 |
| 06/27/2012 | 0800760 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 2,104.92 |
| 09/25/2012 | 0813347 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,742.81 |
| 01/29/2013 | 0829849 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 459.77 |
| 02/25/2013 | 0833989 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 600.70 |
| 03/26/2013 | 0838131 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 599.77 |
| 04/24/2013 | 0842253 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 598.84 |
| 05/23/2013 | 0846369 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 597.92 |
| 07/25/2013 | 0854745 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 234.21 |
| 08/27/2013 | 0858893 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 586.03 |
| 09/26/2013 | 0863021 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 585.09 |
| 10/25/2013 | 0867107 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 574.61 |
| 11/22/2013 | 0871186 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 570.16 |
| 12/23/2013 | 0875218 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,466.40 |
| 01/28/2014 | 0879316 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 583.91 |
| 02/25/2014 | 0883378 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 581.38 |
| 03/25/2014 | 0887427 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 580.23 |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 2,124.97 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 576.91 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 2,985.11 |
| 07/28/2015 | 0953233 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 122.46 |
| 12/22/2015 | 0973793 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 436.64 |
| 01/26/2016 | 0977863 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 590.34 |
| 02/24/2016 | 0981775 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 1,557.87 |
| | | | | 22,599.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/24/2012 | 0791971 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 3,596.32 |
| 06/27/2012 | 0800760 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 899.08 |
| 09/25/2012 | 0813347 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,348.62 |
| 12/21/2012 | 0825610 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 1,269.11 |
| 01/29/2013 | 0829849 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 529.05 |
| 02/25/2013 | 0833989 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/26/2013 | 0838131 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/24/2013 | 0842253 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/23/2013 | 0846369 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/25/2013 | 0850543 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 22.74 |
| 07/25/2013 | 0854745 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 876.34 |
| 08/27/2013 | 0858893 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/26/2013 | 0863021 | ONEWEST BANK FSB | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/25/2013 | 0867107 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/22/2013 | 0871186 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/23/2013 | 0875218 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/28/2014 | 0879316 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/25/2014 | 0883378 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/25/2014 | 0887427 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/25/2014 | 0891568 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/28/2014 | 0895658 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/25/2014 | 0899698 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/24/2014 | 0903804 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2014 | 0907874 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/29/2014 | 0912003 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/29/2014 | 0916015 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/24/2014 | 0920142 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/22/2014 | 0924735 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/27/2015 | 0928814 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/24/2015 | 0932854 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/26/2015 | 0936943 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/24/2015 | 0941124 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/26/2015 | 0945212 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/23/2015 | 0949165 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/28/2015 | 0953233 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2015 | 0957270 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |

| Debtor 1 | **DAVID A. BERTUS** | Case number *(if known)* | **11-26115JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 09/28/2015 | 0961188 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 10/26/2015 | 0965156 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 11/24/2015 | 0969326 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 12/22/2015 | 0973793 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 01/26/2016 | 0977863 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 02/24/2016 | 0981775 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 03/28/2016 | 0985831 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 04/22/2016 | 0990005 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 05/24/2016 | 0993976 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 06/27/2016 | 1002747 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 07/26/2016 | 1006692 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 08/26/2016 | 1010712 | RESIDENTIAL CREDIT SOLUTIONS* | AMOUNTS DISBURSED TO CREDITOR | 449.54 |
| 09/13/2016 | 1002747 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 09/13/2016 | 1006692 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 09/16/2016 | 1010712 | RESIDENTIAL CREDIT SOLUTIONS* | CANCELLED CHECK TO CREDITOR/CONT | -449.54 |
| 05/25/2017 | 1042051 | RUSHMORE LOAN MANAGEMENT SVCS LL | AMOUNTS DISBURSED TO CREDITOR | 12,115.21 |
| | | | | 37,738.99 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID A. BERTUS
7313 BEACON HILL DRIVE
PITTSBURGH, PA  15221

ROBERT O LAMPL ESQ
OFFICE OF ROBERT O LAMPL
960 PENN AVE STE 1200
PITTSBURGH, PA  15222

RUSHMORE LOAN MANAGEMENT SVCS LLC
ATTN BKRPTCY DEPT
POB 52708
IRVINE, CA  92619-2708

WILMINGTON SAVINGS FUND SOCIETY FSB DBA CHRISTIANA TRUST - TRUSTEE
C/O RUSHMORE LOAN MANAGEMENT SVCS LLC
15480 LAGUNA CANYON RD STE 100
IRVINE, CA  92618

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


7/5/17

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee