IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| David A. Bertus ) | Case No.: 11-26115 JAD |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | Related to Doc. 253 |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Wilmington Savings Fund Society FSB ) | |
| DBA Christiana Trust – Trustee ) | |
| Respondent(s) ) | |

### TRUSTEE'S WITHDRAWAL OF NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Notice that Mortgage Claim has been Paid In Full that was filed in the above-referenced case on June 19, 2017 (document no.253) is hereby WITHDRAWN.

Respectfully submitted,

7-6-2017                   /s/ Ronda J. Winnecour
date                         Ronda J. Winnecour (PA I.D. #30399)
                             Attorney and Chapter 13 Trustee
                             U.S. Steel Tower – Suite 3250
                             600 Grant Street
                             Pittsburgh, PA  15219
                             (412) 471-5566
                             cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| David A. Bertus | ) | Case No.: 11-26115 JAD |
| | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | Related to Doc. 253 |
| | ) | |
|     Movant, | ) | |
| | ) | |
|        Vs. | ) | |
| Wilmington Savings Fund Society FSB | ) | |
| DBA Christiana Trust – Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Withdrawal of Notice that Mortgage Claim has been Paid in Full upon the following, by regular United States mail, postage prepaid, addressed as follows:

David A. Bertus
7313 Beacon Hill Drive
Pittsburgh, PA  15221

Robert O'Lampl, Esquire
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222

Wilmington Savings Fund Society FSB
dba Christiana Trust – Trustee
c/o Rushmore Loan Management Services LLC
P. O. Box 514707
Los Angeles, CA  90051

Wilmington Savings Fund Society FSB
dba Christiana Trust – Trustee
c/o Rushmore Loan Management Services LLC
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618

James C. Warmbrodt, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

| | |
|---|---|
| <u>July 6, 2017</u><br>Date | <u>S/ Amy T. Sabedra</u><br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412) 471-5566<br>cmecf@chapter13trusteewdpa.com |